RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 10/26/06
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TERRELL MILES | CIVIL ACTION NO. 06-1235 |
| VS. | SECTION P |
| T.W. THOMPSON, ET AL. | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that petitioner's civil rights complaint (42 U.S.C. §1983) be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915 and §1915A.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 26th day of October, 2006.

JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE